**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-1970**

---

LYNSEY ANN PORTER,

        Plaintiff – Appellant,

     v.

BLUE RIDGE BANKSHARES, INC., d/b/a Blue Ridge Bank; G. WILLIAM BEALE, in his individual capacity,

        Defendants – Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, Senior District Judge.  (3:24-cv-00909-HEH)

---

Submitted:  April 29, 2026                                      Decided:  August 7, 2026

---

Before NIEMEYER, GREGORY, and QUATTLEBAUM, Circuit Judges.

---

Affirmed as modified by unpublished per curiam opinion.

---

**ON BRIEF:**  Thomas E. Strelka, VIRGINIA EMPLOYMENT LAW, Roanoke, Virginia, for Appellant.  David E. Constine, III, Andrew J. Henson, TROUTMAN PEPPER LOCKE LLP, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lynsey Ann Porter appeals the district court's order granting Blue Ridge Bankshares, Inc., d/b/a "Blue Ridge Bank" and G. William Beale's motion to dismiss her complaint asserting a claim under Virginia Code Annotated § 40.1-27.3 for whistleblower retaliation and a claim for wrongful termination of employment under *Bowman v. State Bank of Keysville*, 331 S.E.2d 797 (Va. 1985), and denying her motion for leave to amend. We have reviewed the record and find no reversible error. We agree with the district court that Porter failed to allege facts stating a claim upon which relief can be granted. Accordingly, we affirm the district court's order as modified to reflect that the dismissal of the § 40.1-27.3 claim is with prejudice. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED AS MODIFIED*